IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LEON G. CHAMBERLAIN,** | 07-CV-1273-BR |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | |
| Defendant. | |

**RICHARD A. SLY**
1001 S.W. 5th Avenue, Suite 310
Portland, Oregon  97204
(503) 226-1227

**LINDA S. ZISKIN**
3 Monroe Parkway, Suite P
Lake Oswego, Oregon  97035
(503) 889-0472

    Attorneys for Plaintiff

1  -  JUDGMENT

**KARIN J. IMMERGUT**
United States Attorney
**BRITTANIA I. HOBBS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1053

**DAVID MORADO**
Regional Chief Counsel
**FRANCO L. BECIA**
Assistant Regional Counsel
Office of the Regional Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-2545

       Attorneys for Defendant

    Based on the Court's Opinion and Order (# 15) issued November 13, 2008, the Court hereby **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Opinion and Order issued November 13, 2008.

    DATED this 13th day of November, 2008.

                                    /s/ Anna J. Brown

                                    ANNA J. BROWN
                                    United States District Judge