FILED'09 JAN 22 12:16 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

LEON G. CHAMBERLAIN,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Defendant.

Civil No. 07-1273-BR

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of **$6868.80** are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: January 21, 2009

_____
Hon. Anna J. Brown
United States District Judge

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Attorney for Plaintiff